656 A.2d 483, 491 (1995) (Castille, J. dissent).[3]  I, therefore, must respectfully dissent.

677 A.2d 1206

COMMON CAUSE OF PENNSYLVANIA,

v.

COMMONWEALTH of Pennsylvania; Thomas J. Ridge, Governor; Catherine Baker Knoll, Treasurer;  and North Philadelphia Health Systems, et al.

Appeal of Commonwealth of Pennsylvania.

Appeal of Governor, Thomas J. Ridge.

Appeal of Biotechnology Foundation, Inc.

Supreme Court of Pennsylvania.

June 26, 1996.

3.  In *Brickhouse,* the majority held that a veteran who applied for a vacancy on a teaching staff and was able to establish that he was certified to teach in the state did not have to be hired for the position pursuant to the Veterans' Preference Act because the veteran did not meet the additional qualifications placed on the position by the local school district.  I dissented because I believed that public employers should refer only to the qualifications defined by the General Assembly and its statutes as the ones being necessary to fill a public employment position.

## ORDER

PER CURIAM.

The order of Commonwealth Court is affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.

677 A.2d 1207

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Arthur CASTRO, Appellant.**

Supreme Court of Pennsylvania.

July 9, 1996.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED. Appellant's convictions for Corrupt Organizations and conspiracy to commit Corrupt Organizations is REVERSED and VACATED pursuant to this Court's decision in *Commonwealth v. Besch,* 544 Pa. 1, 674 A.2d 655 (1996). This matter is REMANDED to the trial court for RESENTENCING. Appellant's judgment of sentence in all other respects is AFFIRMED.